IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NATHAN JOSEPH REIGLE,** | : | **CIVIL NO. 1:CV-11-0052** |
| Plaintiff, | : | |
| | : | **(Judge Kane)** |
| v. | : | |
| | : | |
| **RALPH REISH, et al.,** | : | |
| Defendants | : | |

### ORDER

NOW, THIS 8th DAY OF AUGUST, 2014, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED AS FOLLOWS:**

1. Plaintiff's motions for counsel (Doc. Nos. 79, 91) are **denied without prejudice**.

2. Defendants' motions to compel documents (Doc. Nos. 72, 78) are **granted** in accordance with the accompanying Memorandum. Plaintiff shall provide the referenced documents to Defendants within thirty (30) days of this order.

3. Defendants' motions for summary judgment (Doc. Nos. 81, 84) are **denied without prejudice to renew and supplement** within sixty (60) days from the date of this order.

4. The United States Marshal is directed to serve a copy of the amended complaint (Doc. No. 14), this Court's Memorandum and Order dated September 30, 2011 (Doc. No. 47), along with this Memorandum and Order on Defendant Nurse Patty Wosniak at her last know place of employment, the State Correctional Institution at Coal Township, Pennsylvania.

S/ Yvette Kane
YVETTE KANE, District Judge
Middle District of Pennsylvania