IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NATHAN JOSEPH REIGLE,** | : | |
| **Plaintiff** | : | CIVIL NO. 1:11-CV-00052 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| **RALPH REISH, et al.,** | : | |
| **Defendants** | : | |

## ORDER

**NOW, THIS 14th DAY OF MAY, 2015**, for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1) The amended complaint (Doc. No. 14) is hereby **DISMISSED WITH PREJUDICE**.

2) All pending motions (Doc. Nos. 100, 103, 107, 115) are hereby **DEEMED MOOT**.

3) The Clerk of Court is directed to **CLOSE** this case.

                                                S/ Yvette Kane
                                                YVETTE KANE
                                                United States District Judge
                                                United States District Court
                                                Middle District of Pennsylvania